GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile:  (702) 362-2203
Email:    gschnitzer@ksjattorneys.com

MARK D. LONERGAN, ESQ.
(will comply with LR IA 10-2 within 30 days)
KALAMA M. LUI-KWAN, ESQ.
(will comply with LR IA 10-2 within 30 days)
GREGORY L. HUBER, ESQ.
(will comply with LR IA 10-2 within 30 days)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439
Emails:  mdl@severson.com
         kml@severson.com
         glh@severson.com

*Attorneys for WELLS FARGO BANK, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN R. KANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 2:15-cv-01468-APG-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

WHEREAS, plaintiff John R. Kane ("Plaintiff") served the summons and complaint in this matter ("Complaint") upon defendant Wells Fargo Bank, N.A. ("Wells Fargo") on August 7, 2015;

1

WHEREAS, Wells Fargo's current deadline to answer or otherwise respond to the Complaint is August 28, 2015; and

WHEREAS, Wells Fargo has requested and Plaintiff has agreed to an extension of Wells Fargo's deadline to answer or otherwise respond to the Complaint until September 27, 2015;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that the time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including September 27, 2015.

IT IS SO STIPULATED.

DATED this 24th day of August, 2015.

/s/ Marc P. Cook, Esq.
Marc P. Cook, Esq.
Nevada Bar No. 004574
BAILUS COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, NV 89101
Attorneys for Plaintiff

/s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

United States ~~District Judge Andrew P. Gordon~~
Magistrate Judge
Cam Ferenbach

DATED: August 25, 2015

2