| | |
|---|---|
| MARC P. COOK | GARY E. SCHNITZER |
| Nevada Bar No. 4574 | Nevada Bar No. 395 |
| BAILUS COOK & KELESIS, LTD. | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 517 South 9th Street | 8985 S. Eastern Ave., Suite 200 |
| Las Vegas, NV 89101 | Las Vegas, NV 89123 |
| Telephone: (702) 737-7702 | Telephone: (702) 222-4142 |
| Facsimile: (702) 737-7712 | Facsimile: (702) 362-2203 |
| Email: mcook@bckltd.com | Email: gschnitzer@ksjattorneys.com |
| | |
| STEVEN L. WOODROW | MARK D. LONERGAN |
| (will comply with LR IA 10-2 | (Admitted *Pro Hac Vice*) |
| within 45 days) | KALAMA M. LUI-KWAN |
| WOODROW & PELUSO, LLC | (Admitted *Pro Hac Vice*) |
| 3900 East Mexico, Suite 300 | GREGORY L. HUBER |
| Denver, CO 80210 | (Admitted *Pro Hac Vice*) |
| Telephone: (702) 213-0675 | SEVERSON & WERSON |
| Email: swoodrow@woodrowpeluso.com | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| Counsel For Plaintiff John R. Kane | San Francisco, CA 94111 |
| And The Proposed Class | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| | Email: mdl@severson.com |
| | kml@severson.com |
| | glh@severson.com |
| | |
| | Counsel For Defendant Wells Fargo Bank, N.A. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN R. KANE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No.: 2:15-cv-01468-APG-VCF<br><br>**STIPULATION AND NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and having entered into a written settlement agreement resolving the claims at issue in this action ("Action"), plaintiff John R. Kane and defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate and request that the Court enter judgment:

1. Dismissing Mr. Kane's individual claims with prejudice in their entirety;

2. Dismissing the claims of all unnamed putative class members without prejudice in their entirety; and

3. Retaining jurisdiction over Mr. Kane and Wells Fargo to enforce the settlement in full of all its terms.

Dated: November 5th, 2015

By:  /s/ Marc P. Cook
Marc P. Cook, Esq.
Nevada Bar No. 4574
BAILUS COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, NV 89101
Telephone:  (702) 737-7702
Facsimile:  (702) 737-7712
Email: mcook@bckltd.com

Counsel For Plaintiff John R. Kane
And The Proposed Class

Dated: November 5th, 2015

By:  /s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

Counsel For Defendant Wells Fargo Bank, N.A.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: November 9, 2015.

THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE